UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | 5:24-cv-02196-SB-SSC | Date: March 3, 2025 |
| Title | Johnetta Ross v. CDCR, et al. | |

Present: The Honorable **Stephanie S. Christensen**, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On October 15, 2024, *pro se* Plaintiff Johnetta Ross filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against the California Department of Corrections and multiple state officials in their individual and official capacities. (ECF 1.) On January 7, 2025, the Court dismissed the complaint with leave to amend and set a February 6, 2025, deadline for Plaintiff to file a first amended complaint. (ECF 8.) The deadline to file a first amended complaint has passed and the court has not received any communication from Plaintiff.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by **March 24, 2025**, why this action should not be dismissed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:24-cv-02196-SB-SSC                          Date: March 3, 2025

Title        Johnetta Ross v. CDCR, et al.

for failure to prosecute and/or comply with a court order.  In the event that Plaintiff wishes to voluntarily dismiss this action, Plaintiff may complete and return the enclosed Notice of Dismissal form, CV-09, by **March 24, 2025**.

   If Plaintiff files a first amended complaint by **March 24, 2025**, this order to show cause will be automatically discharged, and Plaintiff need not respond to it separately.

   Plaintiff is cautioned that failure to file a timely response to this order to show cause, a first amended complaint, or a notice of voluntary dismissal will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.

**IT IS SO ORDERED.**

                                                                           :
Initials of Preparer      **ts**