UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNETTA ROSS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CDCR et al.,<br><br>　　　　Defendants. | Case No. 5:24-cv-02196-SB-SSC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, the records and files herein, and the Magistrate Judge's Report and Recommendation. Plaintiff has not objected to the Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

　　　　ACCORDINGLY, IT IS ORDERED:

　　　1. The Report and Recommendation is accepted.

　　　2. The complaint is dismissed with leave to amend.

　　　3. Judgment shall be entered dismissing this action without prejudice.

　　　4. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

Date: June 25, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge