UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNETTA ROSS,<br><br>    Plaintiff,<br><br>v.<br><br>CDCR et al.,<br><br>    Defendants. | Case No. 5:24-cv-02196-SB-SSC<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, this action is dismissed without prejudice.

Date: June 25, 2025

                                             Stanley Blumenfeld, Jr.
                                          United States District Judge